# United States District Court

<u>EASTERN</u> DISTRICT OF <u>ARKANSAS</u>

UNITED STATES OF AMERICA
V.

JOSEPH E. CAMPBELL

**WARRANT FOR ARREST**

**CASE NUMBER:** 4:05M3030

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 28 2005

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest <u>JOSEPH E. CAMPBELL</u> and bring him or her forthwith to the nearest magistrate to answer a(n)

__ Indictment __ Information _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging him or her with (brief description of offense)

travel with intent to engage in criminal sexual activity with a minor and enticement of a minor to engage in criminal sexual activity,

in violation of Title 18 United States Code, Section(s) 2423(b), and 2422(b), respectively.

| | |
|---|---|
| Henry L. Jones, Jr. | U.S. Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Henry L. Jones | November 18, 2005   Little Rock, Arkansas |
| Signature of Issuing Officer | Date and Location |

(By) Deputy Clerk

Bail fixed at $ _____   by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _Conway, AR_ | | |
| DATE RECEIVED 11/18/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 11/18/05 | Special Agent Karl G. Haws | _[signature]_ |